**Dismissed and Memorandum Opinion filed May 30, 2024**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00105-CV

## IN THE ESTATE OF MONIQUE MANDELL, A PARTIALLY INCAPACITATED PERSON

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 504,405**

## MEMORANDUM OPINION

This appeal is from an order signed January 8, 2024. The clerk's record was filed March 28, 2024. The reporter's record was filed March 8, 2024. Appellant's brief was due April 29, 2024. No brief was filed.

On April 30, 2024, we issued a notice stating that unless appellant filed a brief within 10 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.